MINERAL BLUFF BOARD OF EDUCATION *v.* MAYOR AND COUNCIL OF MINERAL BLUFF.

EVANS, J.   1. This court has no jurisdiction to pass upon an assignment of error complaining of the overruling of a demurrer to the answer of the mayor and councilmen of a municipal corporation to an application for the writ of mandamus, when the trial court holds that the answer presents an issue of fact and refers the issue of fact to a jury, and when there has been no final judgment thereon.
2. But it has jurisdiction to pass upon an assignment of error complaining of a refusal to sustain a motion to make the mandamus absolute ; because, if this motion had been granted, it would have finally disposed of the case.
3. The motion to make the mandamus absolute was properly refused, because the answer of the respondents had not been stricken. The sufficiency of an answer can not properly be brought in question by a motion to enter a judgment in favor of the plaintiff, based on the ground that the answer sets forth no defense, after a demurrer to the answer has been overruled. *Hollis* v. *Nelms*, 115 *Ga.* 5; *Stromberg* v. *Bisbee*, Ib. 346.
*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted July 1, — Decided August 3, 1905.

Petition for mandamus. Before Judge Gober. Fannin superior court. May 24, 1905.

*J. Z. Foster, William Butt,* and *Jeff Hedden,* for plaintiff.